# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00022-CV

**Desirold Bennett, Appellant**

**v.**

**Colonial Property Agent for J. Michael Burbige, Appellee**

### FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 88462, THE HONORABLE JEANNE PARKER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on April 8, 2019. On June 14, 2019, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by June 24, 2019, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Chari L. Kelly, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed for Want of Prosecution

Filed: August 2, 2019